IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHARLOTTE SALINERO and EFREN
SALINERO,                                                          Civil Action No. 1:18-cv-23643-UU

        Plaintiffs,

v.

ETHICON, INC.,

        Defendants.
_____/

## DEFENDANT ETHICON, INC.'S PROPOSED VOIR DIRE

Pursuant to the Court's Order on Pretrial Conference dated November 1, 2019 [DE 276], Defendant Ethicon, Inc. submits the following list of proposed questions for voir dire by the Court.

1. Have you or anyone close to you had a complication or side effect related to a surgical procedure?

2. Have you ever refused a drug or medical treatment recommended by your doctor?

3. Would you be inclined to refuse to have a medical device implanted, even if your doctor recommended it?

4. Have you, or anyone close to you, had a medical device implanted?

5. Have you or anyone close to you ever had pelvic organ prolapse?

6. Have you or anyone close to you ever had a hernia?

7. Have you or anyone close to you had vaginal surgery, pelvic floor surgery, or hernia surgery?

8. Do you have any knowledge about pelvic mesh or hernia mesh?

9. Have you seen or heard about any lawyer advertisements about pelvic mesh or hernia mesh lawsuits?

10. Have you ever seen anything on the internet about pelvic mesh or hernia mesh?

11. Do you think that pelvic mesh or hernia mesh are dangerous products?

12. Do you believe that if there is potential for a medical device to seriously injure a small number of people, it should not be on the market even if the device is beneficial to most people?

13. Who feels that a medical device that is implanted in a patient's body should be risk-free in order for it to be sold to doctors and used in their patients?

14. Who feels that if a patient develops a serious complication from a surgically implanted medical device, the device is probably defective?

15. Would you have a hard time finding in favor of a company if it is shown that the person who filed a lawsuit experienced side effects from a medical device, even if the implanting surgeon knew those potential side effects?

16. Who believes that if a person experiences a known side effect or complication from a medical device, the manufacturer has some level of responsibility to compensate that person?

17. Do any of you believe that if a patient develops a complication after having a medical device implanted, that means that the device is defective?

18. Do you have a negative opinion of medical device companies for any reason?

19. Have you heard of seen any news or publicity about Ethicon, Inc. or Johnson & Johnson trials or verdicts?

20. When you hear that a person has filed a lawsuit against a large corporation, do you think the corporation must have done something wrong?

21. How many of you feel that even if the person who filed the lawsuit cannot prove that the company sued is responsible for her injuries, you still would be inclined to award her some money anyway?

22. How many of you believe that medical device companies are not doing enough to make their products safe for everyone?

23. Is there anyone who, due to relationships, past experiences, beliefs or otherwise, would naturally favor a person over a medical device company in a case like this?

24. Do you have any concern about your ability to be an impartial juror in a lawsuit brought by a woman against a medical device company claiming injuries related to pelvic mesh?

25. Have you or anyone close to you continuously taken prescription pain medication for more than 5 years?

26. Have you or anyone close to you suffered from severe constipation or bowel obstructions for more than 5 years?

010-8921-0592/2/AMERICAS

27. Have you or anyone close to you ever worked in the healthcare industry?

28. Have you or anyone close to you ever worked as a social worker or counselor?

29. Are you familiar with the pediatric doctors' office called "Gables Pediatrics," located in the Shops at Merrick Park in Coral Gables?

30. Are you familiar with FemWell, which provides management services for physicians?

31. Are you familiar with any of the doctors who practice medicine at Gables Pediatrics, including Dr. Efren Salinero or Dr. Rafael Llanso?

32. Do you know any of the witnesses who may testify in this case?

   a. Charlotte Salinero
   b. Dr. Efren Salinero
   c. Dr. Kathryn Salinero
   d. Mark Salinero
   e. Dr. Jaime Salinero
   f. Dr. John Mekras
   g. Dr. Vladimir Iakovlev
   h. Dr. Michael Margolis
   i. Dr. Scott Guelcher
   j. Dr. Amir Shariati
   k. Dr. Teri Longacre
   l. Dr. Catherine Matthews
   m. Mr. Timothy Ulatowski
   n. Mr. Richard Hutchinson
   o. Mr. Rey Librojo
   p. Dr. Piet Hinoul

010-8921-0592/2/AMERICAS

33. Do you know any of the lawyers who are involved in this case?

    For the Plaintiffs: James L. Ferraro, James L. Ferraro, Jr., Leslie Rothenberg, and Daniel DiMatteo.

    For the Defendant: Shayna S. Cook, Paul V. Cassisa, and Andrew R. Kruppa

DATED: December 30, 2019

Respectfully submitted,

/s/ Andrew R. Kruppa
Andrew R. Kruppa
Florida Bar No. 63958
E-mail: andrew.kruppa@squirepb.com
Amanda E. Preston
Florida Bar No. 123652
E-Mail: amanda.preston@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131
Tel: (305) 577-2824 / Fax: (305) 577-7001

*Counsel for Ethicon, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2019, the undersigned counsel filed the foregoing document with the CM/ECF system, which will generate a Notice of Electronic Filing via e-mail to all counsel of record.

*/s/ Andrew R. Kruppa*
Andrew R. Kruppa
