UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-23643-CIV-UNGARO/O'SULLIVAN

CHARLOTTE SALINERO, et al.,

    Plaintiffs,

v.

JOHNSON & JOHNSON, et al.,

    Defendants.

_____/

## **ORDER**

THIS MATTER is before the Court on the Defendant Ethicon, Inc.'s Motion for Bill of Costs (DE # 377, 2/24/20). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant Ethicon, Inc.'s Motion for Bill of Costs (DE # 377, 2/24/20) on or before April 2, 2020. The failure to file a response may result in a recommendation that the Defendant Ethicon, Inc.'s Motion for Bill of Costs (DE # 377, 2/24/20) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 19th day of March, 2020.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE